UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

**UNITED STATES OF AMERICA,**                                       DOCKET NO. 3:09CR39-6

**V.**                                                                                  ORDER

**TAVARUS STURDIVANT**

_____

This **MATTER** is before the court upon remand from the United States Court of Appeals for the Fourth Circuit for additional proceedings

**IT IS THEREFORE ORDERED** that the United States Marshal have the defendant Tavarus Sturdivant present in Charlotte, North Carolina forthwith, but not later than May 30, 2014.

The Clerk is directed to certify copies of this order to Defendant, Counsel for Defendant, to the United States Attorney, the United States Marshals Service, and the United States Probation Office, and the Clerk of the United States of Appeals for the Fourth Circuit.

**IT IS SO ORDERED.**

Signed: April 24, 2014

Frank D. Whitney
Chief United States District Judge